KHIRY COSEY ON BEHALF OF HER MINOR CHILDREN, CORBIN HILLIARD AND ALLYSSA HILLIARD INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF REGINALD HILLIARD, JR; TIARA LIGGINS ON BEHALF OF HER MINOR CHILD, TAKHIREE HILLIARD INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF REGINALD HILLIARD, JR.; TUKEYA JARVIS INDIVIDUALLY AND ON BEHALF OF THOMAS HILLIARD; AND DOROTHY JARVIS

**VERSUS**

FLIGHT ACADEMY OF NEW ORLEANS, LLC; JAZZ AVIATION, LLC; QBE INSURANCE CORPORATION; CHRISTIANSEN AVIATION, INC.; ABC INSURANCE COMPANY; SIGNATURE FLIGHT SUPPORT CORPORATION; ALLIANZ GLOBAL CORPORATE & SPECIALTY SE; THE ESTATE OF JAMES BIONDO; AND DEF INSURANCE COMPANY

\*     NO. 2019-CA-0757

\*     COURT OF APPEAL

\*     FOURTH CIRCUIT

\*     STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

| CONSOLIDATED WITH: | CONSOLIDATED WITH: |
|---|---|
| KHIRY COSEY ON BEHALF OF HER MINOR CHILDREN, CORBIN HILLIARD AND ALLYSSA HILLIARD INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF REGINALD HILLIARD, JR; TIARA LIGGINS ON BEHALF OF HER MINOR CHILD, TAKHIREE HILLIARD, ET AL. | NO. 2019-CA-0786 |

**VERSUS**

FLIGHT ACADEMY OF NEW ORLEANS, LLC; JAZZ AVIATION, LLC; QBE

**INSURANCE CORPORATION; CHRISTIANSEN AVIATION, INC.; ABC INSURANCE COMPANY; SIGNATURE FLIGHT SUPPORT CORPORATION; ALLIANZ GLOBAL CORPORATE & SPECIALTY SE; THE ESTATE OF JAMES BIONDO; AND DEF INSURANCE COMPANY**

| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
|---|---|
| **KHIRY COSEY ON BEHALF OF HER MINOR CHILDREN, CORBIN HILLIARD AND ALLYSSA HILLIARD INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF REGINALD HILLIARD, JR; TIARA LIGGINS ON BEHALF OF HER MINOR CHILD, TAKHIREE HILLIARD, ET AL.** | **NO. 2019-CA-0878** |

**VERSUS**

**FLIGHT ACADEMY OF NEW ORLEANS, LLC; JAZZ AVIATION, LLC; QBE INSURANCE CORPORATION; CHRISTIANSEN AVIATION, INC.; ABC INSURANCE COMPANY; SIGNATURE FLIGHT SUPPORT CORPORATION; ALLIANZ GLOBAL CORPORATE & SPECIALTY SE; THE ESTATE OF JAMES BIONDO; AND DEF INSURANCE COMPANY**

RLB     **BELSOME, J., CONCURS IN THE RESULT**